**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Elbis Saul MARTINEZ–ESCALON,
a.k.a. Elbis Saul Martinez,
Defendant–Appellant.**

**No. 12–10096.**

United States Court of Appeals,
Ninth Circuit.

cation and is not precedent except as provid-

Submitted Jan. 15, 2013.*

Filed Jan. 16, 2013.

Christina Marie Cabanillas, Assistant U.S., USTU–Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

Florence Bruemmer, Law Offices of Florence M. Bruemmer, PC, Anthem, AZ, for Defendant–Appellant.

Before: SILVERMAN, BEA, and NGUYEN, Circuit Judges.

## MEMORANDUM ***

Elbis Saul Martinez–Escalon appeals from the district court's judgment and challenges his guilty-plea conviction and 51–month sentence for reentry after deportation, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Martinez–Escalon's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Martinez–Escalon the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988),

ed by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.